CAR ADVERTISEMENT CO. v. NEW YORK CITY CAR ADVERTISEMENT CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by the Car Advertisement Company against the New York City Car Advertisement Company. No opinion. Motion denied, with $10 costs. Order filed.

In re CARPENTER. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Appeal from Special Term. In the matter of the application of Louise H. Carpenter, individually and as executrix of the will of Richard E. Carpenter, deceased. From an order denying a motion to set aside a prior order, the appeal is prosecuted. Modified. Joseph L. Pascal, for appellant. George M. S. Schulz, for respondent.

PER CURIAM. The order appealed from should be modified, by providing that this order is without prejudice to any action which the client may be advised to bring against her attorney for failure to properly perform his duties as attorney. As so modified, the order should be affirmed, with $10 costs and disbursements to the respondent.

CARR, Appellant, v. HOEFER, Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by John Carr against Herman Hoefer. No opinion. Motion denied.

CARRIE et al., Respondents, v. AMERICAN SODA FOUNTAIN CO., Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Frank G. Carrie and another against the American Soda Fountain Company. W. C. Rosenberg, for appellant. T. H. Lord, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

CARSON, Respondent, v. CARSON, Appellant. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Julia Carson against Frederick Carson. S. Pierson, for appellant. J. H. Hickey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CASTLE v. PEARSON. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by John V. Castle against Frederick C. Pearson. No opinion. Motion granted, with $10 costs. Order filed.

CATARACT POWER & CONDUIT CO. v. CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by the Cataract Power & Conduit Company against the city of Buffalo. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

CATON, Appellant, v. BONN, Respondent. (Supreme Court, Appellate Division, Second Department. March 23, 1908.) Action by William T. Caton against George W. Bonn. No opinion. Judgment of the Municipal Court affirmed, with costs.

CITY OF NEW YORK, Respondent, v. KOVENSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by the city of New York against Nathan Kovensky and others. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

CITY OF NEW YORK v. NEW YORK CITY RY. CO. (two cases). (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the city of New York against the New York City Railway Company. No opinion. Judgment affirmed, with costs. Order filed.

CITY OF NEW YORK, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the city of New York against the New York City Railway Company. T. Farley, for appellant. J. P. Cotton, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs, on opinion in the court below. 106 N. Y. Supp. 293. Order filed.

CITY OF NEW YORK v. WINEBURGH ADVERTISEMENT CO. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by the city of New York against the Wineburgh Advertisement Company. No opinion. Motion denied, with $10 costs. Order filed.

CLARKE et al., Respondents, v. KOVNER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by William G. Clarke and another against Louis Kovner and others. S. Kohn, for appellants. B. Reass, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re CLEMENT. (Supreme Court, Appellate Division, First Department. April 10, 1908.) In the matter of Maynard N. Clement. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CLOUGH, Appellant, v. FOX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Aaron Clough against Walter Fox and another.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

COBB, Appellant, v. CRITTENDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by William Cobb against William Crittenden.

PER CURIAM. Judgment modified, by deducting therefrom the amount awarded to the